IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                                              CRIMINAL ACTION NO. 5:97cr10Br

RODNEY DEWAYNE SEATON                                                              DEFENDANT

## ORDER ALLOWING REMISSION OF FINE

This cause came on for consideration on petition of the United States of America (#12) in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the $2,000.00 fine imposed on September 28, 1995, in this cause; and the Court being advised, is of the opinion that the petition is well taken and all of the unpaid portion of the $2,000.00 fine imposed on September 28, 1995, is hereby remitted.

SO ORDERED this the 16th day of November, 2012.

                                                          s/David Bramlette
                                                          DAVID C. BRAMLETTE
                                                          SENIOR UNITED STATES DISTRICT JUDGE